IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                          CASE NO.: 4:08cr12-SPM

JUAN CESAR ROBERTO
MARTINEZ-GARCIA,

     Defendant.
_____/

### ORDER GRANTING MOTION FOR BOP RECOMMENDATION

THIS CAUSE comes for consideration upon the Defendant's motion for recommendation of designation by the United States Bureau of Prisons (doc. 22). Defendant asks this Court to recommend that the federal Bureau of Prisons designate a facility as close as possible to Dallas, Texas, as the place of Defendant's federal confinement. The Government does not oppose the granting of this motion.

This Court finds this request reasonable. However, Defendant is reminded that this Court only has the power to make a recommendation. The final decision regarding designation for imprisonment left to the Bureau of Prisons.

It is hereby ORDERED AND ADJUDGED as follows:

1

1. The motion for Bureau of Prisons recommendation (doc. 22) is hereby **granted**.

2. This Court hereby recommends that the Bureau of Prisons designate the Defendant as close as possible to Dallas, Texas.

DONE AND ORDERED this thirtieth day of June, 2008.


*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge